JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:19-cv-00606-ODW (PLAx) | Date | January 5, 2021 |
|---|---|---|---|
| Title | *The Prudential Insurance Company of America v. Lorena Contreras et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not present | | Not present | |

**Proceedings:**                  **In Chambers**

On August 7, 2020, the Court approved a minors' compromise, resulting in the interpleaded funds in this case being distributed in three equal shares amongst non-party V.C. (a minor) and Defendants-in-Interpleader Lorena Contreras and N.C. (a minor). (Order Approving Minors' Compromise, ECF No. 65.)

On October 28, 2020, the Court approved disbursement of the interpleaded funds and ordered Juan Contreras—as guardian ad litem for N.C. and V.C.—to file proof that the funds have been deposited into N.C. and V.C.'s trust accounts, within 30 days of the deposit. (Order Granting Disbursement of Interpleaded Funds, ECF No. 73.) Mr. Contreras is reminded that this order is still in effect.

In the meantime, as all issues in this case have been resolved, the Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

                                                                    :    00

Initials of Preparer    SE